Marion Leszczynski, appellee, v. Mary Twarowski, appellant. Gen. No. 39,740.

Opinion filed December 14, 1937.

Charles W. Lamborn, for appellant. Benjamin B. Chodash, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.